POOL v. POOL.

In suits for separation, where the complainant proves his or her case, the form of the decretal order settled by chancellor Kent is to be used.

*March* 15.      A suit for limited divorce; the case was proved; and the
1834.        solicitor for the complainant brought the draft of the propo-
*Practice.*     sed decree for the approval of the vice-chancellor: when
*Decretal or-* His Honor required it should be made conformable to the
*der.*       decretal order which appears in the printed report of *Bar-*
*Separation.* *rere* v. *Barrere,* 4. J. C. R. 187. and suggested its being a
             desirable form to be used in all similar cases.